# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1150. BIOBELE GEORGEWILL v. CMH HOMES, INC.

Biobele Georgewill sued CMH Homes, Inc. asserting multiple contract-related claims, as well as claims for fraud, conversion, unjust enrichment, estoppel, and violations of the Georgia Fair Business Practices Act. On November 25, 2025, the trial court granted CMH Homes's motion to dismiss the complaint with prejudice, and Georgewill then filed a motion for reconsideration and motion to vacate. The trial court denied those motions on December 18, 2025, and on January 6, 2026, Georgewill filed this direct appeal. We lack jurisdiction.

An appeal from the denial of a motion to vacate or set aside requires the filing of an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116-17 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Thus, "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173(1) (889 SE2d 343) (2023) (citation and punctuation omitted).

Moreover, the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). And to the extent Georgewill was seeking to appeal directly from the order of dismissal, her appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a), and the filing of a motion for reconsideration does not extend the time for filing an appellate

challenge to an appealable order. See *Harned v. Piedmont Healthcare Foundation*, 356 Ga. App. 870, 872 (849 SE2d 726) (2020). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, Georgewill did not file her notice of appeal until 42 days after entry of the trial court's dismissal order, meaning that any appeal from that order is untimely.

Given our lack of jurisdiction, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 02/25/2026 _____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*